No. 09–11328. DAVIS *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted. 

No. 10–114. FOX *v.* VICE, CHIEF OF POLICE, TOWN OF VINTON, ET AL. C. A. 5th Cir. Certiorari granted. 

No. 10–10. TURNER *v.* ROGERS ET AL. Sup. Ct. S. C. Motion of Larry E. Price, Sr., for leave to intervene granted. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted. In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "Does the Court have jurisdiction to review the decision of the South Carolina Supreme Court?" 

No. 09–1367. ROSILLO-PUGA, AKA PUGA, AKA ROSILLO *v.* HOLDER, ATTORNEY GENERAL. C. A. 10th Cir. Certiorari denied. 

No. 09–1378. MENDIOLA *v.* HOLDER, ATTORNEY GENERAL. C. A. 10th Cir. Certiorari denied. 

No. 09–1554. SHELBY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 09–1561. MAYFIELD ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 09–1572. STROUD ET AL. *v.* BLOUNT. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 09–11370. BUTT *v.* HARTLEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 09–11489. ZARATE-MORALES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.